**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                             :
IN RE ALUMINUM WAREHOUSING            :          MDL No. 2481
ANTITRUST LITIGATION                  :          Master Docket No.
                                                                             :          13-md-2481-KBF-RLE
This Document Relates To:             :
                                                                             :
ALL ACTIONS                           :
                                                                             :
                                                                             :
                                                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF DIAL-IN INFORMATION FOR JUNE 20, 2014 ARGUMENT**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

In accordance with this Court's May 21, 2014 Order (ECF No. 377), all telephone participants should use the following dial-in information for oral argument on the pending motions to dismiss at 9:00 a.m.

        Dial-in:  877.205.3155
        Passcode:  109250

Respectfully submitted,

Dated:  New York, New York
       June 16, 2014

*/s/ Margaret M. Zwisler*
Margaret M. Zwisler (admitted *pro hac vice*)
(*margaret.zwisler@lw.com*)
William R. Sherman
(*william.sherman@lw.com*)
Jennifer L. Giordano
(*jennifer.giordano@lw.com*)
Jeffrey H. Newhouse
(*jeffrey.newhouse@lw.com*)
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Telephone:  (202) 637-2200
Facsimile:  (202) 637-2201

*Attorneys for Defendant The London Metal Exchange*