# LOVELL STEWART HALEBIAN JACOBSON LLP

61 Broadway, Suite 501
New York, New York 10006
www.lshllp.com

Telephone
212.608.1900

Facsimile
212.719.4775

June 19, 2014

**BY ECF**
The Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007-1312

Re:   *In Re Aluminum Warehousing Antitrust Litig.*, 13-md-2481 (KBF) (S.D.N.Y.)

Dear Judge Forrest:

In order to try to make oral argument tomorrow on the motions to dismiss more productive, Direct Purchaser Plaintiffs ("Plaintiffs") respectfully request leave to submit this letter in order to quote the following excerpt from a document produced by the Goldman Defendants to Plaintiffs:

[redacted]

GS-METRO-00000981.

Plaintiffs learned today that the foregoing language is Goldman's summary of the version of clause 4.2 of the London Metal Exchange warehousing agreement that was in effect during (at least) 2011.

Thank you very much.

Respectfully submitted,

Christopher Lovell

**Lovell Stewart Halebian Jacobson LLP**

cc:   All Counsel of Record (via ECF)