**ROBBINS GELLER RUDMAN & DOWD LLP**

| Atlanta | Chicago | Melville | Philadelphia | San Francisco |
| Boca Raton | Manhattan | Nashville | San Diego | Washington, DC |

August 18, 2014

<u>VIA ECF & UPS</u>

The Honorable Katherine B. Forrest
United States District Court for the
   Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007

      Re:   *In re Aluminum Warehousing Antitrust Litigation*,
            No. 13 MD 2481 (KBF)

Dear Judge Forrest:

      Enclosed please find a disc with an electronic copy of Dkt. No. 531, Direct Purchaser Plaintiffs' Memorandum in Opposition as to Motion to Dismiss by Henry Bath & Son Ltd. [ECF No. 503-505] (redacted and filed under seal), Dkt. No. 544, Direct Purchaser Plaintiffs' Memorandum of Points and Authorities in Opposition to Motion to Dismiss by Glencore PLC (f/k/a Glencore Xstrata PLC) (ECF 511-13), and Dkt. No. 550, Direct Purchaser Plaintiffs' Memorandum in Opposition to Motion by Pacorini Metals AG to Dismiss the Direct Purchaser Plaintiffs' Amended Complaint, with hyperlinks to all citations.

                                    Respectfully,

| /s/ *Bonny E. Sweeney* | /s/ *Linda P. Nussbaum* | /s/ *Christopher Lovell* |
| **Robbins Geller Rudman & Dowd LLP** | **Grant & Eisenhofer P.A** | **Lovell Stewart Halebian Jacobson LLP** |

                Interim Co-Lead Counsel for Direct Purchaser Plaintiffs

Enclosures

cc:     All Counsel of Record (via ECF w/o encl.)