

123 Justison Street
Wilmington, DE 19801
Tel: 302-622-7000 · Fax: 302-622-7100

485 Lexington Avenue
New York, NY 10017
Tel: 646-722-8500 · Fax: 646-722-8501
www.gelaw.com

1920 L Street, N.W., Suite 400
Washington, DC 20036
Tel: 202-783-6091· Fax: 202-350-5908

**Linda P. Nussbaum**
Writer's Direct Dial: (646) 722-8504
E-mail: lnussbaum@gelaw.com

<u>VIA ECF, EMAIL, AND HAND</u>

September 8, 2014

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1950
New York, New York 10007

Re:   In re Aluminum Warehousing Antitrust Litigation (13-md-2481 (KBF)), Direct Purchaser Plaintiffs (14 Civ. 3116 (KBF)); AGFA Corporation, et al. v. The Goldman Sachs Group, Inc., et al. (14 Civ. 0211 (KBF)); Mag Instrument Inc. v. <u>The Goldman Sachs Group Inc., et al. (14 Civ. 0217 (KBF))</u>

Dear Judge Forrest:

I enclose courtesy copies of the following documents filed via ECF in the above referenced matter and dockets:

1. PLAINTIFFS' JOINT NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF DISMISSAL OF THE LONDON METAL EXCHANGE ON FOREIGN SOVEREIGN IMMUNITY GROUNDS WITHOUT LEAVE TO REPLEAD;

2. MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR RECONSIDERATION OF DISMISSAL OF THE LONDON METAL EXCHANGE ON FOREIGN SOVEREIGN IMMUNITY GROUNDS WITHOUT LEAVE TO REPLEAD; AND

3. DECLARATION OF LINDA P. NUSSBAUM IS SUPPORT OF PLAINTIFFS' MOTION FOR RECONSIDERATION OF DISMISSAL OF THE LONDON METAL EXCHANGE ON FOREIGN SOVEREIGN IMMUNITY GROUNDS WITHOUT LEAVE TO REPLEAD (with Exhibits A-K).

Hon. Katherine B. Forrest<br>
September 8, 2014<br>
Page 2 of 2

Respectfully submitted,

  s/ Linda P. Nussbaum

cc: Counsel of Record (via email)

enc.