## Curtis, Mallet-Prevost, Colt & Mosle llp

| | | | |
|---|---|---|---|
| Almaty<br>Ashgabat<br>Astana<br>Beijing<br>Buenos Aires<br>Dubai<br>Frankfurt<br>Houston | Istanbul<br>London<br>Mexico City<br>Milan<br>Muscat<br>Paris<br>Washington, D.C. | Attorneys and Counsellors at Law<br><br>101 Park Avenue<br>New York, New York 10178-0061 | Telephone 212-696-6000<br>Facsimile 212-697-1559<br>www.curtis.com |

Writer's Direct:
Tel: 212-696-6192
Email: ELAUER@CURTIS.COM
Facsimile: 212-697-1559

December 10, 2014

**VIA ECF AND HAND DELIVERY**

Hon. Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007

  Re: *In re Aluminum Warehousing Antitrust Litig.*, No. 13-md-2481-KBF

Dear Judge Forrest:

  Enclosed please find courtesy copies of the following memoranda filed on Monday, December 8, 2014:

- Defendants' Memorandum of Law in Support of Their Joint Opposition to the First Level Purchaser Plaintiffs' and Mag and Agfa's Motions to Amend Their Complaints' State Law Claims and In Support of Their Motion to Dismiss Kodak's State Law Claims

- Memorandum of Glencore plc (f/k/a "Glencore Xstrata plc") In Opposition to Motions for Leave to File Amended Complaints

- Memorandum of Glencore Ltd. In Opposition to Motions for Leave to File Amended Complaints and In Support of Motion to Dismiss Amended Complaint, and the accompanying Declaration of Eliot Lauer (filed under seal)

  Also enclosed are CDs containing electronic copies of the briefs with hyperlinks to all citations.

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
ATTORNEYS AND COUNSELLORS AT LAW

Page 2

Hon. Katherine B. Forrest
December 10, 2014

Respectfully Submitted,

*/s/ Eliot Lauer*
Eliot Lauer

Enclosures
cc: All Counsel of Record (via ECF)

20639165