**Robbins Geller Rudman & Dowd LLP**

| Atlanta | Chicago | Melville | Philadelphia | San Francisco |
| Boca Raton | Manhattan | Nashville | San Diego | Washington, DC |

Carmen A. Medici
cmedici@rgrdlaw.com

April 9, 2015

<u>VIA ECF & OVERNIGHT DELIVERY</u>

The Honorable Katherine B. Forrest
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007-1312

Re: *In Re Aluminum Warehousing Antitrust Litig.*,
No. 13-md-2481 (KBF) (S.D.N.Y.)

Dear Judge Forrest:

Pursuant to Section 2.C. of Your Honor's Individual Rules of Practice in Civil Cases, the Direct Purchaser Plaintiffs respectfully enclose one Chamber's copy of Direct Purchaser Plaintiffs' Third Amended Complaint (ECF 738).

Very truly yours,

CARMEN A. MEDICI

CAM:sll
Enclosure

cc: Counsel of Record (via ECF)