# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588

WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

May 21, 2015

Via ECF

The Honorable Katherine B. Forrest,
  United States District Court,
    Southern District of New York,
      500 Pearl Street,
        New York, New York  10007.

> Re:  In re Aluminum Warehousing Antitrust Litigation, 4-cv-3116 (KBF)

Dear Judge Forrest:

We write to request an extension of time for Defendant Burgess-Allen Partnership Ltd. ("BAP") to respond to the Third Amended Complaint (ECF No. 738) filed by the first-level purchaser plaintiffs. We understand that BAP may have been recently served in this action. Under the Court's Scheduling Order dated April 3, 2015 (ECF No. 736), answers to the complaint are due on May 29, 2015. We thus far have had only preliminary discussions with BAP about this case. Although we are still in the process of finalizing our arrangements to represent BAP in this matter, we have at least been authorized by BAP to request on its behalf an extension of time to respond to the complaint. Given that BAP has purportedly been served only recently, we respectfully request a 45-day extension (*i.e.,* until July 13, 2015) for BAP to answer, move to dismiss or otherwise respond to the Third Amended Complaint. This is BAP's first request for an extension, and plaintiffs have advised us that they do not oppose this request for an extension.

Respectfully,

*/s/ Richard C. Pepperman II*

Richard C. Pepperman II

cc:   All Counsel (via ECF)