# NUSSBAUM LAW GROUP, P.C.

570 Lexington Avenue, 19th Floor
New York, New York 10022
Telephone: (212) 702-7053 / Fax: (212) 681-0300

Linda P. Nussbaum
Direct Dial: (212) 702-7054
Mobile: (917) 872-7152
Email: lnussbaum@nussbaumpc.com
Web: www.nussbaumlawgroup.com

November 6, 2015

**Via ECF**
The Honorable Katherine B. Forrest,
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007
ForrestNYSDChambers@nysd.uscourts.gov

*Re: In re Aluminum Warehousing Antitrust Litig.,* 13-md-2481-KBF; 14-cv-3116-KBF

Dear Judge Forrest:

      Class Plaintiffs, through undersigned counsel, write to inform the Court that through meeting and conferring with counsel for Mr. Robert Burgess-Allen, the Burgess-Allen Partnership, Ltd., and Metro International Trade Services, LLC, the parties have reached agreement that resolves the need for motion practice relating to reconsideration or clarification at this time.

      The parties appreciate the Court's attention to this matter.

Respectfully,

_____
Linda P. Nussbaum
Nussbaum Law Group, P.C.
570 Lexington Ave., 19th Fl.
New York, NY 10022
(212) 702-7054
(*Co-Lead Counsel for Class Plaintiffs*)

cc:    All Counsel (via ECF)