**Robbins Geller Rudman & Dowd LLP**

| | | | | |
|---|---|---|---|---|
| Atlanta | Chicago | Melville | Philadelphia | San Francisco |
| Boca Raton | Manhattan | Nashville | San Diego | Washington, DC |

Carmen A. Medici
cmedici@rgrdlaw.com

March 29, 2016

VIA ECF

The Honorable Katherine B. Forrest
United States District Court for the
   Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007

      Re:   *In re Aluminum Warehousing Antitrust Litig.*,
            No. 13-md-2481 (KBF) (S.D.N.Y.)

Dear Judge Forrest:

      I write in response to the Court's March 24, 2016 Order (Dkt. No. 910) regarding the scheduling of oral argument for Plaintiffs' pending motions to amend their complaints. FLPs are available to participate in oral argument on both Tuesday, April 19, 2016 at 1:00 p.m. and Friday, April 22, 2016 at 3:00 p.m. FLPs do not have a preference as to either of the days.

Respectfully submitted,

*/s/ Carmen A. Medici*

CARMEN A. MEDICI

CAM:sll

cc:    All Counsel *via* ECF