UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re ALUMINUM WAREHOUSING ANTITRUST LITIGATION | : : : : : | Civil Action No. 1:13-md-02481-PAE<br><br>JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF CERTAIN CLAIMS WITH PREJUDICE |
| This Document Relates To:<br><br>*In re Aluminum Warehousing Antitrust Litigation (First Level Purchaser Plaintiffs)*, Case No. 1:14-cv-03116-PAE (S.D.N.Y.) | : : : : : : | |

4843-3952-5856.v1

WHEREAS, on September 2, 2020, Defendants in the above-captioned action moved for summary judgment against all claims asserted by the First-Level Purchaser Plaintiffs ("FLPs") and Individual Plaintiffs ("IPs"), with the sole exception of the claims of FLP Ampal Inc. ("Ampal") arising from its purchases of roughly 2,200 metric tons of aluminum from Glencore Ltd. ("Glencore") and Century Aluminum ("Century").  ECF Nos. 1286, 1287.

WHEREAS, on February 17, 2021, this Court granted Defendants' motion for summary judgment and dismissed, for lack of antitrust standing, all claims brought by FLPs and IPs, except for Ampal's claims arising from its purchases of aluminum directly from Glencore and Century. ECF No. 1320.

WHEREAS, on March 3, 2021, FLPs represented in a joint letter to this Court that they did not "wish to sit on the sidelines while issues that affect them are decided in the appeals court by [IPs]." ECF No. 1323 at 1.

WHEREAS, FLPs hereby withdraw and forever relinquish any contention that there is any reason to treat Ampal's claims arising from its purchases of aluminum from Century any differently from claims based on purchases of aluminum from Rusal, Alcoa, Rio Tinto Alcan, or any other smelter.

NOW, THEREFORE, the undersigned parties, through their attorneys, stipulate and agree to the following:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Ampal's claims arising from its purchases of aluminum from Glencore are dismissed ***with prejudice***, with each party to bear its own costs, including any attorney's fees and other expenses related to this litigation.

4843-3952-5856.v1

2. Ampal's claims arising from its purchases of aluminum from Century are dismissed for the reasons set forth in the Court's February 17, 2021 order.

IT IS SO STIPULATED.

DATED: March 15, 2021                                   Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN
DAVID W. MITCHELL
BRIAN O'MARA
STEVEN M. JODLOWSKI
CARMEN A. MEDICI
ARTHUR L. SHINGLER III
LONNIE A. BROWNE


                            s/ Patrick J. Coughlin
                          PATRICK J. COUGHLIN

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
MARK DEARMAN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

|  |  |
|---|---|
|  | NUSSBAUM LAW GROUP, P.C.<br>LINDA P. NUSSBAUM<br>SUSAN R. SCHWAIGER<br>1211 Avenue of the Americas, 40th Floor<br>New York, NY  10036<br>Telephone:  212/702-7053<br>212/681-0300 (fax)<br><br>LOVELL STEWART HALEBIAN<br>  JACOBSON LLP<br>CHRISTOPHER LOVELL<br>500 Fifth Avenue, Suite 2440<br>New York, NY  10110<br>Telephone: 212/608-1900<br>212/719-4677 (fax)<br><br>Interim Co-Lead Counsel for First Level Purchaser Plaintiffs and the Proposed First Level Purchaser Class |
| DATED:  March 15, 2021 | COVINGTON & BURLING LLP<br>ROBERT D. WICK<br>HENRY LIU<br>JOHN S. PLAYFORTH<br><br>      s/ Robert D. Wick (with permission)<br>              ROBERT D. WICK<br><br>One CityCenter<br>850 Tenth Street, N.W.<br>Washington, D.C.  20001<br>Telephone:  202/662-6000<br>202/662-6291<br><br>Attorneys for Defendants Henry Bath LLC, JP Morgan Securities plc, and JPMorgan Chase Bank, N.A. |

| | |
|---|---|
| DATED:  March 15, 2021 | SULLIVAN & CROMWELL LLP<br>RICHARD C. PEPPERMAN II<br>SUHANA S. HAN<br>WILLIAM H. WAGENER |

   s/ Richard C. Pepperman II (with permission)   
RICHARD C. PEPPERMAN II

125 Broad Street
New York, New York  10004-2498
Telephone:  212/558-4000
212/558-3588 (fax)

Attorneys for Defendants Goldman Sachs & Co. LLC, J. Aron & Company, Goldman Sachs International, Mitsi Holdings LLC and Metro International Trade Services LLC

| | |
|---|---|
| DATED:  March 15, 2021 | SKADDEN, ARPS, SLATE, MEAGHER<br>  & FLOM LLP<br>BORIS BERSHTEYN<br>JULIA K. YORK |

   s/ Boris Bershteyn (with permission)   
BORIS BERSHTEYN

One Manhattan West
New York, New York 10001
Telephone:  212/735-3000
212/735-2000 (fax)

Attorneys for Defendant Access World (USA) LLC (f/k/a Pacorini Metals USA, LLC)

| | |
|---|---|
| DATED:  March 15, 2021 | CURTIS, MALLET-PREVOST, COLT<br>  & MOSLE LLP<br>ELIOT LAUER<br>JACQUES SEMMELMAN |

   s/ Eliot Lauer (with permission)   
ELIOT LAUER

4843-3952-5856.v1

101 Park Avenue
New York, New York 10178
Telephone: 212/696-6000
212/697-1559 (fax)

Attorneys for Defendant Glencore Ltd., Glencore International AG, and Access World (Vlissingen) B.V.

\* \* \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____    _____
THE HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

4843-3952-5856.v1